

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JOSE ANGEL ENRIQUEZ, | § | No. 08-15-00322-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20130D03983) |
| | § | |

**O R D E R**

The Court has considered the agreed motion to consolidate, and concludes the motion should be GRANTED. The above styled and numbered cause shall be consolidated with cause number's 08-15-00323-CR, 08-15-00324-CR, and 08-15-00325-CR, Styled Jose Angel Enriquez v. The State of Texas, for purposes briefing and oral argument only

IT IS SO ORDERED this 29th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.